UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


KYLENE MARIE MUNN,

       Plaintiff,

v.                                                            Case No. 12-14832
                                                              Honorable Julian Abele Cook, Jr.

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.


ORDER

This case involves a complaint by the Plaintiff, Kylene Marie Munn, who, in relying upon the authority of 42 U.S.C. § 405(g), has asked this Court to review a final decision by the Defendant, the Commissioner of the Social Security Administration ("Commissioner"). The parties thereafter filed motions for summary judgment pursuant to Federal Rule of Civil Procedure 56, both of which were forwarded by the Court to Magistrate Judge Laurie J. Michelson for evaluation. In a report on February 3, 2014, the Magistrate Judge recommended that this Court (1) deny the Commissioner's motion for summary judgment, (2) grant Munn's motion for summary judgment in part, and (3) remand for further consideration, pursuant to sentence six of 42 U.S.C. § 405(g). As of this date, neither party has expressed any objections to the Magistrate Judge's report and recommendation. The period of time for filing objections having now expired, this Court adopts the report, including the recommendations of the Magistrate Judge, in its entirety.

IT IS SO ORDERED.

Date: March 25, 2014                                        s/Julian Abele Cook, Jr.
                                                            JULIAN ABELE COOK, JR.
                                                            U.S. District Judge


<u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on March 25, 2014..


                                                            s/ Kay Doaks
                                                            Case Manager